USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLIE SCHREIBER,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., HSBC BANK USA, N.A., and AMERICAN EXPRESS COMPANY,

                Defendants.

1:20-cv-05417-MKV

ORDER OF DISMISSAL ONLY AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a notice from Plaintiff informing the Court that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle [ECF No. 49]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued as to Experian without costs to Plaintiff or Experian and without prejudice to restoring the action to this Court's calendar in the event a settlement agreement between Plaintiff and Experian has not been executed if the application to restore the action is made by **January 15, 2021**. If no such application is made by that date, today's dismissal of the action as to Experian is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: December 15, 2020
       New York, NY

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**