UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2021
```

KYLIE SCHREIBER,

               Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., HSBC BANK USA, N.A., and AMERICAN EXPRESS COMPANY,

               Defendants.

1:20-cv-05417-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

     The Court is in receipt of a notice from Plaintiff informing the Court that Plaintiff and Defendant HSBC Bank USA, N.A. have reached a settlement in principle [ECF No. 55]. Accordingly, IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for January 5, 2021, at 11:30 AM is cancelled. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if a settlement has not been executed if the application to restore the action is made by **February 4, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: January 4, 2021
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**